# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: THERESA M. STIVER
Case Number: 18-70124-JAD   Chapter: 13
Date / Time / Room: THURSDAY, JUNE 13, 2019 03:30 PM   3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
6/14/19 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 - Continued Confirmation of Plan Dated 3/26/2018 (NFC)
R / M #: 15 / 0

**Appearances:** Lhota

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Kirshenbaum for Selene Finance

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 8/8/19 at 3:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continued for Resolution of PCN questions

6/6/2019    4:05:32PM