# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | THERESA M. STIVER |
| Case Number: | 18-70124-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 08, 2019 03:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/12/19 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#15 - Continued Confirmation of Plan Dated 3/26/2018 (NFC)
R / M #:  15 / 0

*Appearances:*

Debtor: Lhota
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor: Atlantica Fuegi

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by  9-13-19.
   Objections are due on or before  9-27-19.
   A hearing on the Amended Plan is set for  10-24-19  at  2:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/31/2019   1:12:55PM