Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Theresa M. Stiver
aka Theresa M. Litzinger**
  Debtor(s)

Bankruptcy Case No.: 18–70124–JAD
Chapter: 13
Related to Document No.:
Concil. Conf.: October 24, 2019 at 02:00 PM

## **ORDER**

      On August 8, 2019, a Conciliation Conference was conducted on the March 26, 2018 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 12th of August, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  *On or before September 13, 2019,* the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

      (2)  *On or before October 10, 2019,* all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

      (3)  *On October 24, 2019 at 02:00 PM ,* a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)

Dated: August 12, 2019

                                                   Jeffery A. Deller
                                                   United States Bankruptcy Judge

cm: Debtor
     Counsel for Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Theresa M. Stiver  
     Debtor

Case No. 18-70124-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: jhel     Page 1 of 1     Date Rcvd: Aug 12, 2019  
                       Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.  
db           +Theresa M. Stiver,    98 Alexander Road,    Madera, PA 16661-9253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:  
          James   Warmbrodt     on behalf of Creditor     Atlantica, LLC bkgroup@kmllawgroup.com  
          John R. Lhota     on behalf of Debtor Theresa M. Stiver lrj@atlanticbbn.net,    tmb@atlanticbbn.net  
          Lisa   Cancanon     on behalf of Creditor     Atlantica, LLC lisac@w-legal.com  
          Lisa   Cancanon     on behalf of Creditor     Selene Finance (the Movant) as servicer for Atlantica, LLC lisac@w-legal.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                     TOTAL: 6