# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

FILED
2019 OCT 25 AM 11:07
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

  Debtor: THERESA M. STIVER
  Case Number: 18-70124-JAD    Chapter: 13
  Date / Time / Room: THURSDAY, OCTOBER 24, 2019  02:00 PM   3251 US STEEL
  Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

  # - Amended Plan Due: 9/13/2019 (NFC)
  [Trustee: Per O/E at # 48 NO Amended Plan Filed]
  R / M #:  0 / 0

**Appearances:**

  Debtor: Lhota
  Trustee: Winnecour / Pai / **Katz** / DeSimone
  Creditor: Fuegi for Atlantica

**Proceedings:**

  Outcome:

  1. _____ Case Converted to Chapter 7
  2. _____ Case Converted to Chapter 11
  3. _____ Case Dismissed without Prejudice
  4. _____ Case Dismissed with Prejudice
  5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
  6. _____ The plan payment/term is increased/extended to _____, effective _____.
  7. _____ Plan/Motion continued to _____ at _____.
  8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____.
     A hearing on the Amended Plan is set for _____ at _____.
  9. _____ Contested Hearing: _____ at _____.
  10. ✓ Other:

Handwritten notes: Debtor appears to have become unemployed. Plan #5229 in arrears thru 10/19. Amended plan due 9/13, was not filed.

As a result of indicated defaults, the Trustee requests dismissal without prejudice. Debtor's attorney cannot consent or indicate no objection but advises he/she has no defense.

10/15/2019  4:32:21PM