IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/28/19 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

**THERESA M. STIVER,** : Bankruptcy No. 18-70124-JAD
:
: Related To Doc. No. 51
:
**Debtor.** : Chapter 13
_____X

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT(S)

**AND NOW,** this **28th** day of **October, 2019, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____    mas
JEFFERY A. DELLER
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-70124-JAD
Theresa M. Stiver                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7            User: culy               Page 1 of 1          Date Rcvd: Oct 28, 2019
                                Form ID: pdf900          Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
```
db            +Theresa M. Stiver,    98 Alexander Road,    Madera, PA 16661-9253
cr            +Atlantica, LLC,    c/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
                Broomfield, CO 80021-2756
cr            +Selene Finance (the Movant) as servicer for Atlant,    9990 Richmond Ave, Suite 400 South,
                Houston, TX 77042-4546
14781547       Bayview Loan Servicing,    PO Box 650091,    Dallas, TX 75265-0091
14820417      +Conemaugh Health Sysytem,    Po Box 603396,    Charlotte, NC 28260-3396
14820420      +Conemaugh Memorial Medical Center,    Po Box 603396,    Charlotte, NC 28260-3396
14781548       Conemaugh Miners Medical Center,    PO Box 603382,    Charlotte, NC 28260-3382
14781549      +Debt Recovery Solutions,    6800 Jericho Turnpike,    Suite 113E,    Syosset, NY 11791-4401
14781550      +Santander Consumer U.S.A.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14781551      +Tyrone Hospital,    187 Hospital Drive,    Tyrone, PA 16686-1898
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14829856      +E-mail/Text: bkteam@selenefinance.com Oct 29 2019 03:10:55     Atlantica, LLC,
                c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
14826776       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 03:10:05
                LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14781552      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 29 2019 03:10:39
                Verizon Pennsylvania Inc.,    ATTN: Bankruptcy Dept.,    500 Technology Drive,    Suite 300,
                Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Atlantica, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Atlantica, LLC bkgroup@kmllawgroup.com
              John R. Lhota    on behalf of Debtor Theresa M. Stiver lrj@atlanticbbn.net, tmb@atlanticbbn.net
              Lisa Cancanon    on behalf of Creditor    Atlantica, LLC lisac@w-legal.com
              Lisa Cancanon    on behalf of Creditor    Selene Finance (the Movant) as servicer for Atlantica,
               LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```