**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| THERESA M. STIVER | Case No.:18-70124 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/27/2018 and confirmed on 08/21/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,799.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,799.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,000.00 | |
|     Trustee Fee | 762.73 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,762.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ATLANTICA LLC | 0.00 | 12,167.03 | 0.00 | 12,167.03 |
|     Acct: 4417 | | | | |
|   ATLANTICA LLC | 21,957.40 | 476.33 | 0.00 | 476.33 |
|     Acct: 4417 | | | | |
|   SANTANDER CONSUMER USA** | 5,600.00 | 1,590.37 | 492.54 | 2,082.91 |
|     Acct: 2919 | | | | |
| | | | | 14,726.27 |
| **Priority** | | | | |
|   JOHN R LHOTA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THERESA M. STIVER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN R LHOTA ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ATLANTICA LLC | 250.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5994 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX4JAD | | | | |

| 18-70124 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | CONEMAUGH MEMORIAL MEDICAL CENTE | 193.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 6657 | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1074 | | | | |
| | TYRONE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0122 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,287.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 2225 | | | | |
| | WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM STIVER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                           15,036.27

TOTAL CLAIMED
PRIORITY           560.00
SECURED         27,557.40
UNSECURED        1.480.89

Date: 12/06/2019                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com